IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MK FEENEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al | : | NO. 13-2758 |

## ORDER

AND NOW, this 24th day of February, 2014, it is hereby ORDERED that this matter is marked SETTLED and CLOSED for statistical purposes.

The court specifically retains jurisdiction, until all conditions of the settlement agreement have been satisfied.

BY THE COURT:

_/s/ Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
CHIEF UNITED STATES MAGISTRATE JUDGE