IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MK FEENEY | : | CIVIL ACTION NO. |
| | : | |
| vs. | : | |
| | : | |
| CITY OF PHILADELPHIA, *et al*. | : | 13-2758 |

### **O R D E R**

AND NOW, this 22nd day of April, 2014, it is hereby **ORDERED** that this court's February 24, 2014 order, (Doc. No. 27), is **VACATED**. After a telephone conference with the parties**, IT IS FURTHER ORDERED** that this case shall remain settled for statistical purposes pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970).

The court specifically retains jurisdiction until July 15, 2014 when all conditions of the Settlement Agreement will have been satisfied.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
CHIEF UNITED STATES MAGISTRATE JUDGE